UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-320-1-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIME ROCHA-VIGIL | ORDER TO RESET<br>ARRAIGNMENT AND SET<br>SENTENCING HEARING AT TIME OF<br>ARRAIGNMENT |

This matter having come before the Court by motion of the Office of the Federal Public Defender to reset the arraignment hearing and set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be reset until _March 11,_ 2014. _Term_

This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

This _21st_ day of February, 2014.

MALCOLM J. HOWARD
Senior United States District Judge